# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                               CASE NO. 5:99-cr-4/RS

**PHYNERRIAN Q. MANNING**

    Defendant.

_____ /

## **ORDER**

The relief requested in Defendant's Motion to Transfer Appellant's Pro Se Motion (Doc. 207) is **GRANTED**. The Clerk is directed to transfer Defendant's Pro Se Motion For Court to Take Judicial Notice (Doc. 206) to the Eleventh Circuit Court of Appeals in Defendant's Circuit Court Case Number 09-14331-CC.

**ORDERED** on November 18, 2010

                                                  /S/ Richard Smoak
                                                  **RICHARD SMOAK**
                                                  **UNITED STATES DISTRICT JUDGE**