**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**vs.**                           **CASE NO. 5:99-cr-4/RS**

**PHYNERRIAN MANNING,**

     **Defendant.**
_____ /

## ORDER

The Plaintiff shall respond to Defendant's Motion Requesting Defendant's

Presence at Hearing (Doc. 214) and Motion to Supplement Record and Make Arguments

at Hearing (Doc. 215) not later than April 21, 2011.


**ORDERED** on April 14, 2011.

                       /S/ Richard Smoak
                       **RICHARD SMOAK
                       UNITED STATES DISTRICT JUDGE**